1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: CV 22-1116-DMG (PLAx) |
| Movant, | **ORDER TO SHOW CAUSE [1]** |
| vs. | |
| BMA SECURITIES, LLC, | |
| Respondent. | |

Upon the Application of the Securities and Exchange Commission (the "Commission"), with supporting documents, for an order pursuant to Section 21(e) of the Securities Exchange Act of 1934 ("Exchange Act"), enforcing compliance by Respondent BMA Securities, LLC ("BMA Securities") with a final Commission order entered against it on March 12, 2020, requiring Respondent to disgorge $48,489.23, and prejudgment interest of $10,048.55 with additional interest pursuant to SEC Rule of Practice 600, if timely payment is not made, and to pay a civil penalty of $275,000, with interest accruing pursuant to 31 U.S.C. § 3717, and injunctive relief, and it appearing that an Order to Show Cause should issue, IT IS HEREBY ORDERED that:

1          1.      The above-captioned Respondent, BMA Securities, shall appear

2    before this Court in Courtroom 8C of the Courthouse located at 350 W. 1st Street, Los

3    Angeles, California, on **March 25, 2022 at 10:00 a.m.** and show cause why the final

4    Commission order requiring BMA Securities to disgorge $48,489.23, and prejudgment

5    interest of $10,048.55 with additional interest pursuant to SEC Rule of Practice 600, if

6    timely payment is not made, and to pay a civil penalty of $275,000, with interest

7    accruing pursuant to 31 U.S.C. § 3717, and injunctive relief should not be granted.

8          2.      Respondent shall be served pursuant to Rule 4 of the Federal Rules of

9    Civil Procedure.

10         3.      Respondent shall serve and file any opposing papers by 5:00 p.m. on

11   March 11, 2022.  Service shall be made by delivering the papers by that date to Michael

12   Roessner, at 100 F Street, Mail Stop 5631, Washington, DC 20549-0022, or via e-mail

13   at roessnerm@sec.gov.

14         4.      If Respondent fails to file opposing papers and/or appear at the

15   scheduled hearing, the Court may find Respondent in default and enter an appropriate

16   order against such party at such time without further notice being given.

17         5.      If Respondent serves and files any opposing papers, the Commission

18   may serve and file reply papers by 5:00 p.m. on March 18, 2022.  Service shall be made

19   by delivering the papers by that date to Respondent at the address it designates in its

20   opposition papers or, if it designates an e-mail address, via e-mail to that address.

21   IT IS SO ORDERED.

22

23   DATED:  February 24, 2022

24                                               DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

25

26

27

28