JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　Petitioner,<br>　　v.<br>BMA SECURITIES, LLC,<br>　　　　Respondent. | Case No.: **CV 22-1116-DMG (PLAx)**<br><br>**FINAL JUDGMENT [15]** |

　　　　Plaintiff Securities and Exchange Commission (the "Commission") has applied to the Court for an Judgment pursuant to Section 21(e) of the Securities Exchange Act of 1934 ("Exchange Act") to enforce compliance by the Respondent BMA Securities, LLC ("BMA SECURITIES"), with a final Commission order entered against it on March 12, 2020.  This order required BMA Securities to disgorge $48,489.23, and prejudgment interest of $10,048.55 with additional interest pursuant to SEC Rule of Practice 600, if timely payment is not made, and to pay a civil penalty of $275,000, with interest accruing pursuant to 31 U.S.C. § 3717, and injunctive relief, and based on the pleadings and hearing in this matter and it appearing to the Court that such a Judgment should enter, it is hereby:

I.

**ORDERED, ADJUDGED, AND DECREED** that the Commission Order is enforced.

II.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that BMA Securities shall disgorge $48,489.23, and prejudgment interest of $10,048.55 with additional interest pursuant to SEC Rule of Practice 600 until the entry of Judgment, and to pay a civil penalty of $275,000, plus outstanding interest pursuant to 31 U.S.C. § 3717 until the entry of Judgment, together with postjudgment interest pursuant to 28 U.S.C. § 1961 from the date of the entry of this Judgment.

III.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that BMA Securities shall cease and desist from committing or causing any violations and any future violations of Rule 204 of Exchange Act Regulation SHO.

IV.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that BMA Securities shall make payment in one of the following ways:

(1) BMA Securities may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request;

(2) BMA Securities may make direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

(3) BMA Securities may pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:
Enterprise Services Center
Accounts Receivable Branch
HQ Bldg., Room 181, AMZ-341
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying BMA Securities as Respondent in this action, and the name of this Court and the docket number of this action; a copy of the cover letter and check or money order must be sent to Michael J. Roessner, Securities and Exchange Commission, 100 F Street, NE, Mail stop 5631, Washington, DC 20549-0022. Upon such payments being fully made, the Commission will provide BMA Securities with a full satisfaction of judgment and discharge any judgment lien it may have docketed.

## V.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to disgorgement and prejudgment interest through civil contempt and/or other collection procedures authorized by law.

## VI.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to the civil monetary penalty pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 – 3308.

## VII.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.  Post Judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

DATED:  March 29, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE